USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Rogers,

                  Plaintiff,

      –v–

Luxeye Mott LLC, *et al.*,

                 Defendants.

19-cv-9696 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in the above-captioned action is scheduled for April 21, 2020.  Dkt. No. 14.  The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or April 14, 2020.  Dkt. No. 5.  The Court has not yet received the required documents.  The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on April 17, 2020.

    The Court further advises the parties that the proceeding will be conducted by teleconference and will provide instructions on how to dial-in in advance of the conference.

    SO ORDERED.

Dated: April 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1