```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ERIC ROGERS,                                                     :
                                                                 :
                         Plaintiff,                              :
                                                                 :           19-CV-9696 (JPC)
        -v-                                                      :
                                                                 :                ORDER
LUXEYE MOTT LLC et al,                                           :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that the telephone conference scheduled for November 5, 2020 at 2:00 p.m. is hereby ADJOURNED to November 23, 2020 at 12:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: November 4, 2020
       New York, New York

                                         JOHN P. CRONAN
                                    United States District Judge